**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6577**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RICKY LEE PRITCHETT,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (4:03-cr-70162-JLK-1)

———————

Submitted: August 20, 2015        Decided: August 25, 2015

———————

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ricky Lee Pritchett, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lee Pritchett appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Pritchett, No. 4:03-cr-70162-JLK-1 (W.D. Va. Mar. 23, 2015); see United States v. Mann, 709 F.3d 301, 304-05 (4th Cir. 2013) (reviewing the disposition of a § 3582(c)(2) motion for an abuse of discretion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED